UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-000861-JMS-MJD |
| NATHANIEL STOHR, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the Federal Rule of Civil Procedures, and the Case Management Order, Defendant, Nathaniel Stohr ("Stohr"), submits his Preliminary Witness and Exhibit Lists and states as follows:

**PRELIMINARY WITNESS LIST**

Defendant Stohr submits the following preliminary list of witnesses who may be called at trial in this case:

1. Nathaniel Stohr.

2. A representative of Malibu Media, LLC.

3. A representative of IPP International UG.

4. An expert or experts to be named at a later date.

5. All persons mentioned in depositions, answers to interrogatories, requests for production of documents and/or other discovery exchanged by the parties in this case.

6. All persons listed as witnesses by the Plaintiff in this case.

7. All persons listed as having discoverable information in Plaintiff's Initial Disclosures.

8. All witnesses discovered thought further investigation or discovery in this case.

9. All persons necessary to authenticate and/or provide evidentiary foundation for documents and things at trial.

10. All persons need for impeachment or rebuttal at trial.

Defendant Stohr reserves the right to supplement this Preliminary Witness List.

### PRELIMINARY EXHIBIT LIST

Defendant Stohr submits the following preliminary list of exhibits that may be introduced at trial in this case:

1. All items exchanged by the parties in the course of discovery in this case.

2. All documents generated by the Plaintiff and its employees relating, in whole or in part, to the subject matter of this case.

3. All documents used, referred, or relied upon by Plaintiff's expert.

4. All documents used, referred, created, or relied upon by IPP International, UG.

5. All exhibits listed by Plaintiff.

6. All documents referenced in Plaintiff's Initial Disclosures.

7. All items discovered through investigation or discovery in this case.

8. All pleadings, exhibits, or other documents filed in this case.

9. All exhibits needed for impeachment or rebuttal at trial.

Defendant Stohr reserves the right to supplement this Preliminary Exhibit List.

Respectfully Submitted,

**LEWIS & KAPPES, P.C.**

*/s/ Matthew S. Tarkington*_____
Matthew S. Tarkington, Atty. No. 23773-49
One American Square, Suite 2500
Indianapolis, Indiana, 46282-0003
(317) 639-1210
(317) 639-4882 (fax)
mtarkington@lewis-kappes.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 15, 2014, the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Matthew S. Tarkington*
                Matthew S. Tarkington, Bar No. 23773-49
                **LEWIS & KAPPES, P.C.**
                One American Square, Suite 2500
                Indianapolis, Indiana 46282-0003
                Tel: (317) 639-1210
                Fax: (317) 639-4882
                mtarkington@lewis-kappes.com